[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
April 11, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15653
Non-Argument Calendar

_____

D. C. Docket No. 06-00024-CR-4-SPM-WCS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS LEDESMA,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(April 11, 2007)**

Before DUBINA, CARNES and HILL, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Jose Luis Ledesma, has moved to

withdraw from further representation of the appellant and has filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Ledesma's convictions and sentences are **AFFIRMED**. Ledesma's motion to stay proceedings is **DENIED**.